# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mid-Century Insurance Company,

        Plaintiff,

v.

Do, et al.,

        Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-01800-GMN-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendants.

7/6/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk